UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TAMARA SARA PARVIZI,<br><br>    Debtor.<br>―――――――――――――――――<br>TAMARA SARA PARVIZI,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>    Defendant. | Case No. 18-30578-EDK<br>Chapter 7<br><br><br><br>Adv. Proc. No. 19-03003-EDK |

## **APPELLEE'S DESIGNATION OF RECORD**

The United States, on behalf of its department, the Department of Education, a defendant and appellee in the above-captioned matter, pursuant to Bankruptcy Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure, hereby provides the following designation of additional items to be included in the record on appeal. All items are filed electronically under Adversary Proceeding Docket Number 19-03003:

| Document Number | Filing Date | Document Name |
|---|---|---|
| 31 | 8/26/2019 | Answer to Complaint with certificate of service filed by U.S. Department of Education |
| 70 | 9/22/2020 | Joint Pre-Trial Statement with certificate of service filed by Defendant U.S. Department of Education (Attachments: # 1 Exhibit) |

| Document Number | Filing Date | Document Name |
|---|---|---|
| 74 | 10/06/2020 | Official Transcript of Zoom Trial (RE: complaint to determine the dischargeability of debt) heard on 09/29/2020 |

                                                Respectfully submitted,

                                                UNITED STATES OF AMERICA
                                                By its attorneys

                                                NATHANIEL R. MENDELL
                                                Acting United States Attorney

Date:  October 5, 2021            By:    /s/ Raquelle L. Kaye
                                                        RAQUELLE L. KAYE
                                                        Assistant United States Attorney
                                                        1 Courthouse Way, Suite 9200
                                                        Boston, MA 02210
                                                        Tel. No. (617) 748-3403
                                                        raquelle.kaye@usdoj.gov

**CERTIFICATE OF SERVICE**

    I, Raquelle L. Kaye, hereby certify that on October 5, 2021 I electronically filed the foregoing document with the U.S. Bankruptcy Court for the District of Massachusetts by using the CM/ECF system.  The foregoing document will be electronically sent to the parties who are currently on the list to receive e-mail notices in this case.

    I further certify that on October 5, 2021, I served a copy of the same by electronic mail and first-class U.S. mail, postage pre-paid, to the following:

Tamara Sara Parvizi
416 William S. Canning Blvd.
#1007
Fall River, MA 02721

Date:   October 5, 2021                                             /s/ Raquelle L. Kaye
                                                                                                              RAQUELLE L. KAYE