# UNITED STATES BANKRUPTCY APPELLATE PANEL
# FOR THE FIRST CIRCUIT

———————————————————

### BAP NO. MS 21-021
———————————————————

**Bankruptcy Case No. 18-30578-EDK**
**Adversary Proceeding No. 19-03003-EDK**
———————————————————

**TAMARA SARA PARVIZI,**
Debtor.
———————————————————

**TAMARA SARA PARVIZI,**
Plaintiff-Appellant,

v.

**UNITED STATES OF AMERICA,**
on behalf of the Department of Education,
Defendant-Appellee.
———————————————————

### MANDATE
Entered: August 24, 2022

In accordance with the Judgment of July 29, 2022, and pursuant to Federal Rules of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

FOR THE PANEL:

Dated: August 24, 2022          By: /s/ Leslie C. Storm
                                    Leslie C. Storm, Clerk

[cc: Hon. Elizabeth D. Katz; Clerk, U.S. Bankruptcy Court, District of Massachusetts; and
Ms. Tamara Sara Parvizi; Raquelle Kay, Esq.]